# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANNY CURTIS LIEB, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-11-180-JHP |
| | ) | |
| JUSTIN JONES, Warden, | ) | |
|     Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **TULSA** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 25th day of May 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma